IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC #108395  PLAINTIFF

VS.  NO. 5:04CV00193 JMM/HDY

SHARON STATEN, Corporal of Security,
Tucker Unit, Arkansas Department of Correction  DEFENDANT

## JUDGMENT

In accordance with the Court's Order of May 20, 2005, the Proposed Findings and Recommended Disposition of April 12, 2005, and the Proposed Findings and Recommendation filed June 1, 2005, the Plaintiff is hereby awarded judgment against Defendant Staten in the amount of $1,000.00. The Plaintiff's request to reinstate his due process claims against Defendant Stated is hereby denied (#30).

**IT IS SO ADJUDGED this 13th day of July, 2005.**

_____
**James M. Moody
United States District Judge**