IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC #108395                                                                  PLAINTIFF

VS.                           NO. 5:04CV00193 JMM/HDY

SHARON STATEN, Corporal of Security,
Tucker Unit, Arkansas Department of Correction                               DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. The Court has reviewed the objections filed by Plaintiff Newingham. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED, that Plaintiff's request to reinstate his due process claims against Defendant Staten (docket entry #30) is DENIED, and judgment will be entered in accordance with the April 12, 2005 Findings and Recommendations.

**IT IS SO ORDERED this 13th day of July, 2005.**

_____
**James M. Moody
United States District Judge**