IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GRADY NEWINGHAM
ADC # 108395                                                                                    PLAINTIFF

V.                                  5:04CV00193 JMM/HDY

SHARON STATEN, Corporal of Security,
Tucker Unit, Arkansas Department of Correction                          DEFENDANT

**JUDGMENT**

Pursuant to the Order entered into the record on July 13, 2005, it is Considered, Ordered and Adjudged that Plaintiff be awarded judgment against Defendant Staten in the amount of $1,000.00.

DATED this   21   day of   July  , 2005.

_____
UNITED STATES DISTRICT JUDGE