IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GRADY NEWINGHAM**
**ADC #108395**                                                                                      **PLAINTIFF**

**VS.**                    **CASE NO. 5:04CV00193 JMM**

**SHARON STATEN, CORPORAL**
**OF SECURITY, TUCKER**
**UNIT, ARKANSAS DEPARTMENT OF**
**CORRECTIONS**                                                                                       **DEFENDANT**

## ORDER

Based upon the Notice of Insolvency of Defendant, plaintiff's counsel's Motion for Withdrawal is granted (#61). The Clerk of the Court is directed to terminate Jason Owen's appointment as counsel for plaintiff.

IT IS SO ORDERED THIS  12  day of  December , 2006.

_____
James M. Moody
United States District Court